UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                      CASE NO.: 6:14-bk-10571-ABB

PETE SOLORZANO
TONYA M SOLORZANO

    Debtors.

_____/

_____ Chapter 13 Plan          __xx__ Amended Chapter 13 Plan

    **COME NOW**, the Debtors, Pete Solorzano and Tonya M Solorzano, and file this Chapter 13 Plan.  The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | | Amount of Monthly Plan payment |
|---|---|---|
| 1-5 | (October, 2014 – February, 2015) | $1,190.00 |
| 6-7 | (March, 2015 – April, 2015) | $1,985.00 |
| 8 | (May, 2015) | $4,903.95 |
| 9-36 | June, 2015 – September, 2017) | $1,985.00 |

    The Debtors shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors' name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| A. Clifton Black | $1,500.00 | $192.11 | 6 |
| | | $98.05 | 7 |
| | | $121.52 | 8 |
| | | $98.08 | 9-15 |
| | | $48.08 | 16-23 |
| | | $40.56 | 24 |

## Priority Claims

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| IRS | $2,400.93 | $80.03 | 7-36 |

## Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America - Mtg | $219.957.00 | $1,118.60 | 1-5 (modify) |
| | | $1,664.39 | 6-7 |
| | | $4,393.34 | 8 |
| | | $1,664.39 | 9-36 |
| Used Car Company – Vitara | $2,032.13 (@ 5.25%) | $24.23 | 7 |
| | | $14.00 | 8 |
| | | $24.23 | 9-15 |
| | | $77.16 | 16-23 |
| | | $71.52 | 24 |
| | | $108.67 | 25-36 |

## Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

## Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| None | | | |

## Property to Be Surrendered:

| Creditor Name: | Property Address: |
|---|---|
| None | |

## Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

(motion to value must be filed consistent with plan treatment)

None

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

None

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|

None

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage: 2%

Property of the Estate revests in the Debtors upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtors.

## CERTIFICATE OF SERVICE

We, hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 3rd day of February, 2015.

_/s/ PETE SOLORZANO_
Pete Solorzano


_/s/ TONYA M SOLORZANO_
Tonya M Solorzano


/s/ A Clifton Black
A. Clifton Black, Esq.
cblack@cliftonblack.com
Fla. Bar No. 145837
126 East Jefferson Street
Orlando, FL 32801
Tel: 407.932.1115
Fax: 407.843.4311
Attorney for Debtor

| DUE DATE 17TH | # | Unsecured | Debtor Pmt | 6.0% Tee Fee | ATTY | Monitoring Fees | BOA | Used Car Vitara | (at) |
|---|---|---|---|---|---|---|---|---|---|
| | 36 | | 36 | | | | | | |
| 10/1/2014 | 1 | $0.00 | $1,190.00 | $71.40 | | | $1,118.60 | | |
| 11/1/2014 | 2 | $0.00 | $1,190.00 | $71.40 | | | $1,118.60 | | |
| 12/1/2014 | 3 | $0.00 | $1,190.00 | $71.40 | | | $1,118.60 | | |
| 1/1/2015 | 4 | $0.00 | $1,190.00 | $71.40 | | | $1,118.60 | | |
| 2/1/2015 | 5 | $0.00 | 5 at $1,190.00 | $71.40 | 5 at | | 5 at $1,118.60 | | |
| 3/1/2015 | 6 | $10.24 | $1,985.89 | $119.15 | 1 at $192.11 | | 6 at $1,664.39 | | 6 at |
| 4/1/2015 | 7 | $0.01 | 2 at $1,985.89 | $119.15 | 1 at $98.05 | | 2 at $1,664.39 | 1 at $24.23 | 1 at |
| 5/1/2015 | 8 | $0.82 | 1 at $4,903.95 | $294.24 | 1 at $121.52 | | 1 at $4,393.34 | 1 at $14.00 | |
| 6/1/2015 | 9 | $0.01 | $1,985.89 | $119.15 | $98.08 | | $1,664.39 | $24.23 | |
| 7/1/2015 | 10 | $0.01 | $1,985.89 | $119.15 | $98.08 | | $1,664.39 | $24.23 | |
| 8/1/2015 | 11 | $0.01 | $1,985.89 | $119.15 | $98.08 | | $1,664.39 | $24.23 | |
| 9/1/2015 | 12 | $0.01 | $1,985.89 | $119.15 | $98.08 | | $1,664.39 | $24.23 | |
| 10/1/2015 | 13 | $0.01 | $1,985.89 | $119.15 | $98.08 | | $1,664.39 | $24.23 | |
| 11/1/2015 | 14 | $0.01 | $1,985.89 | $119.15 | $98.08 | | $1,664.39 | $24.23 | |
| 12/1/2015 | 15 | $0.01 | $1,985.89 | $119.15 | 7 at $98.08 | | 7 at $1,664.39 | 7 at $24.23 | |
| 1/1/2016 | 16 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 2/1/2016 | 17 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 3/1/2016 | 18 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 4/1/2016 | 19 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 5/1/2016 | 20 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 6/1/2016 | 21 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 7/1/2016 | 22 | $0.01 | $1,985.89 | $119.15 | $45.15 | | $1,664.39 | $77.16 | |
| 8/1/2016 | 23 | $0.01 | $1,985.89 | $119.15 | 8 at $45.15 | | 8 at $1,664.39 | 8 at $77.16 | |
| 9/1/2016 | 24 | $10.24 | $1,985.89 | $119.15 | 1 at $40.56 | | $1,664.39 | 1 at $71.52 | |
| 10/1/2016 | 25 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 11/1/2016 | 26 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 12/1/2016 | 27 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 1/1/2017 | 28 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 2/1/2017 | 29 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 3/1/2017 | 30 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 4/1/2017 | 31 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 5/1/2017 | 32 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 6/1/2017 | 33 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 7/1/2017 | 34 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 8/1/2017 | 35 | $13.65 | $1,985.89 | $119.15 | | | $1,664.39 | $108.67 | |
| 9/1/2017 | 36 | $13.65 | 28 at $1,985.89 | $119.15 | 12 at | 36 at | 28 at $1,664.39 | 12 at $108.67 | 29 at |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | ## at | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | | | | | |
| | | $0.00 | $0.00 | $0.00 | ## at | ## at | ## at | ## at | ## at |
| | | $185.16 | $70,430.65 | $4,225.84 | $1,500.00 | | $59,918.04 | $2,200.68 | |
| | | $1.00 | | | $1,500.00 | | | 2200.68 | |
| | | 18516% | | | | | | | |

| DUE DATE 17TH | | PRI IRS |
|---|---|---|
| | 36 | |
| 10/1/2014 | 1 | |
| 11/1/2014 | 2 | |
| 12/1/2014 | 3 | |
| 1/1/2015 | 4 | |
| 2/1/2015 | 5 | |
| 3/1/2015 | 6 | |
| 4/1/2015 | 7 | $80.06 |
| 5/1/2015 | 8 | $80.03 |
| 6/1/2015 | 9 | $80.03 |
| 7/1/2015 | 10 | $80.03 |
| 8/1/2015 | 11 | $80.03 |
| 9/1/2015 | 12 | $80.03 |
| 10/1/2015 | 13 | $80.03 |
| 11/1/2015 | 14 | $80.03 |
| 12/1/2015 | 15 | $80.03 |
| 1/1/2016 | 16 | $80.03 |
| 2/1/2016 | 17 | $80.03 |
| 3/1/2016 | 18 | $80.03 |
| 4/1/2016 | 19 | $80.03 |
| 5/1/2016 | 20 | $80.03 |
| 6/1/2016 | 21 | $80.03 |
| 7/1/2016 | 22 | $80.03 |
| 8/1/2016 | 23 | $80.03 |
| 9/1/2016 | 24 | $80.03 |
| 10/1/2016 | 25 | $80.03 |
| 11/1/2016 | 26 | $80.03 |
| 12/1/2016 | 27 | $80.03 |
| 1/1/2017 | 28 | $80.03 |
| 2/1/2017 | 29 | $80.03 |
| 3/1/2017 | 30 | $80.03 |
| 4/1/2017 | 31 | $80.03 |
| 5/1/2017 | 32 | $80.03 |
| 6/1/2017 | 33 | $80.03 |
| 7/1/2017 | 34 | $80.03 |
| 8/1/2017 | 35 | $80.03 |
| 9/1/2017 | 36 | $80.03 |
| | | |
| | | $2,400.93 |
| | | 2400.93 |

Label Matrix for local noticing
113A-6
Case 6:14-bk-10571-ABB
Middle District of Florida
Orlando
Tue Feb  3 15:52:23 EST 2015

Bank of America, N.A.
Steven Gaddy, Esq.
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE Second Avenue, Ste 1120
Miami, FL 33131-1605

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Acs/Slm Trust
501 Bleecker St
Utica, NY 13501-2401

BANK OF AMERICA, N.A
ATTN: Bankruptcy Department
MAIL STOP CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065-6414

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285-7288

Dba Paragon Revenue Gr
Po Box 126
Concord, NC 28026-0126

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

Embarq Florida, Inc. - Central Florida d/b/a
CenturyLink Bankruptcy
359 Bert Kouns
Shreveport LA 71106-8124

Fac/Nab
480 James Robertson Pkwy
Nashville, TN 37219-1212

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5662

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JH Portfolio Debt Equities LLC
c/o JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183-2656

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Medicredit Corp
3620 I 70 Dr Se Ste C
Columbia, MO 65201-6582

Merchants Assoc Cool D
134 S Tampa St
Tampa, FL 33602-5396

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

NAVIENT TRUST 2011-3 "On behalf of
MHEAC d/b/a ASA"
c/o Keith Coburn, MHEAC d/b/a ASA
100 Cambridge Street, Suite 1600
Boston, MA 02114-2518

Osceola County Tax Collector
Attn:  Patsy Heffner
Post Office Box 422105
Kissimmee FL 34742-2105

Phelan Hallinan, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

Pnc Bank
Po Box 3180
Pittsburgh, PA 15230-3180

Pnc Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
CP Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Used Car Company
857 East Irlo Bronson Mem Hwy
St. Cloud, FL 34769-4712

Wf Crd Svc
3201 N 4th Ave
Sioux Falls, SD 57104-0700

A Clifton Black
126 East Jefferson Street
Orlando, FL 32801-1830

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Pete Solorzano
1016 Tony Circle
Saint Cloud, FL 34772-7309

Tonya M Solorzano
1016 Tony Circle
Saint Cloud, FL 34772-7309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410

(d)Bk Of Amer
Po Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Compasscc

(u)Freedomfin

End of Label Matrix
Mailable recipients    36
Bypassed recipients     2
Total                  38