UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PETE SOLORZANO                          Case No.:  6:14-bk-10571-ABB
A/K/A PETER SOLORZANO                    Chapter 13
TONYA M. SOLORZANO,

      Debtors.

_____/

## AMENDED MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 W Washington St., Suite 5100, Orlando, Florida  32801, and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, POB 3450 Winter Park, Florida  32790, and  upon the Debtors' attorney, A. Clifton Black, Esq., 126 East Jefferson Street, Orlando, FL 32801, and any other appropriate persons.**

**If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      **COME NOW** the Debtors, Pete Solorzano and Tonya M Solorzano, by and through their undersigned counsel, and file this Motion to Modify Confirmed Chapter 13 Plan and, as grounds in support of this Motion would state the following:

1.      The Debtors filed their petition, under Title 11, Chapter 13 of the United States Bankruptcy Code, on  September 17, 2014 (DOC #1) and the Order Confirming Plan was entered on February 18, 2015 (DOC #35).

2.      The Debtors' received a trial modification offer from Bank of America Home Loans in March, 2015.

3.      The Debtors' filed their Motion for Court Approval of Trial Modification of First Mortgage on March 19, 2015 (DOC #41).

4.      The Debtors wish to modify their Chapter 13 Plan per the attached spreadsheet.

5.      No creditors will be prejudiced by this modification.

**WHEREFORE**, the Debtors move this Court for a modification of the Order Confirming Chapter 13 Plan as stated herein, and for such other relief as the Court deems appropriate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Modify Confirmed Chapter 13 Plan has been furnished by Electronic Mail or First Class, U.S. Mail, postage prepaid, on this 25th day of March, 2015, to Laurie K Weatherford, Chapter 13 Trustee, POB 3450 Winter Park, FL 32790 and all interested parties on the attached Matrix.

Respectfully submitted,

/s/ A. Clifton Black
A. Clifton Black, Esq.
cblack@cliftonblack.com
Fla. Bar No. 145837
126 East Jefferson Street
Orlando, FL 32801
Tel: 407.932.1115
Fax: 407.843.4311
Attorney for Debtors

| DUE DATE 28TH | 14-10571 B SOLORZANO 10/1/2014 Unsecured | | Debtor Pmt | 6.0% Tee Fee | ATTY | | CLAIM 020 BANK OF AMERICA | CLAIM 022 USED CAR VITARA | | CLAIM 016-2 PRI IRS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | 36 | | | | | | | | |
| 10/28/2014 1 | $0.00 | | $1,190.00 | $71.40 | | | $1,118.60 | | | |
| 11/28/2014 2 | $0.00 | | $1,190.00 | $71.40 | | | $1,118.60 | | | |
| 12/28/2014 3 | $0.00 | | $1,190.00 | $71.40 | | | $1,118.60 | | | |
| 1/28/2015 4 | $0.00 | | $1,190.00 | $71.40 | | | $1,118.60 | | | |
| 2/28/2015 5 | $0.00 | 5 at | $1,190.00 | $71.40 | 5 at | 5 at | $1,118.60 | | | |
| 3/28/2015 6 | $0.66 | 1 at | $1,570.00 | $94.20 | 1 at $192.11 | | $1,283.03 | 6 at | 6 at | |
| 4/28/2015 7 | $22.89 | | $1,604.53 | $96.27 | 1 at $98.05 | | $1,283.03 | 1 at $24.23 | 1 at $80.06 | |
| 5/28/2015 8 | $9.68 | | $1,604.53 | $96.27 | 1 at $121.52 | | $1,283.03 | 1 at $14.00 | $80.03 | |
| 6/28/2015 9 | $22.89 | | $1,604.53 | $96.27 | $98.08 | | $1,283.03 | $24.23 | $80.03 | |
| 7/28/2015 10 | $22.89 | | $1,604.53 | $96.27 | $98.08 | | $1,283.03 | $24.23 | $80.03 | |
| 8/28/2015 11 | $22.89 | | $1,604.53 | $96.27 | $98.08 | | $1,283.03 | $24.23 | $80.03 | |
| 9/28/2015 12 | $22.89 | | $1,604.53 | $96.27 | $98.08 | | $1,283.03 | $24.23 | $80.03 | |
| 10/28/2015 13 | $22.89 | | $1,604.53 | $96.27 | $98.08 | | $1,283.03 | $24.23 | $80.03 | |
| 11/28/2015 14 | $22.89 | | $1,604.53 | $96.27 | $98.08 | | $1,283.03 | $24.23 | $80.03 | |
| 12/28/2015 15 | $22.89 | | $1,604.53 | $96.27 | 7 at $98.08 | | $1,283.03 | 7 at $24.23 | $80.03 | |
| 1/28/2016 16 | $22.89 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | $80.03 | |
| 2/28/2016 17 | $22.89 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | $80.03 | |
| 3/28/2016 18 | $22.89 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | $80.03 | |
| 4/28/2016 19 | $22.89 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | $80.03 | |
| 5/28/2016 20 | $22.89 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | $80.03 | |
| 6/28/2016 21 | $22.89 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | 14 at $80.03 | |
| 7/28/2016 22 | $51.55 | | $1,604.53 | $96.27 | $45.15 | | $1,283.03 | $77.16 | 1 at $51.37 | |
| 8/28/2016 23 | $102.92 | | $1,604.53 | $96.27 | 8 at $45.15 | | $1,283.03 | 8 at $77.16 | | |
| 9/28/2016 24 | $113.15 | | $1,604.53 | $96.27 | 1 at $40.56 | | $1,283.03 | 1 at $71.52 | | |
| 10/28/2016 25 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 11/28/2016 26 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 12/28/2016 27 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 1/28/2017 28 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 2/28/2017 29 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 3/28/2017 30 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 4/28/2017 31 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 5/28/2017 32 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 6/28/2017 33 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 7/28/2017 34 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | $108.67 | | |
| 8/28/2017 35 | $116.56 | | $1,604.53 | $96.27 | | | $1,283.03 | 11 at $108.67 | | |
| 9/28/2017 36 | $116.59 | 30 at | $1,604.53 | $96.27 | | 31 at | $1,283.03 | 1 at $108.64 | 14 at | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $0.00 | | $0.00 | $0.00 | | | | | | |
| | $1,997.12 | | $55,655.90 | $3,339.35 | $1,500.00 | | $45,366.93 | $2,200.65 | $1,251.85 | |
| | $20,493.19 | | | | ATTY | | CLAIM 020 | CLAIM 022 | CLAIM 16-2 | |
| | 10% | | | | $1,500.00 | | ONGOING | PD.W/5.25% | 1251.85 | |
| | | | | | | | 03-19-15 DOC 41 | 2200.65 | | |
| | | | | | MOTION FOR APPROVAL | | | | | |

Label Matrix for local noticing
113A-6
Case 6:14-bk-10571-ABB
Middle District of Florida
Orlando
Thu Mar 19 12:44:58 EDT 2015

Bank of America, N.A.
Steven Gaddy, Esq.
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE Second Avenue, Ste 1120
Miami, FL 33131-1605

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

AT&T Mobility II LLC
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Acs/Slm Trust
501 Bleecker St
Utica, NY 13501-2401

BANK OF AMERICA, N.A
ATTN: Bankruptcy Department
MAIL STOP CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065-6414

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cavalry Portfolio Serv
Po Box 27288
Tampa, AZ 85285-7288

Dba Paragon Revenue Gr
Po Box 126
Concord, NC 28026-0126

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

Embarq Florida, Inc. - Central Florida d/b/a
CenturyLink Bankruptcy
359 Bert Kouns
Shreveport LA 71106-8124

Fac/Nab
480 James Robertson Pkwy
Nashville, TN 37219-1212

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5662

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JH Portfolio Debt Equities LLC
c/o JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183-2656

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Medicredit Corp
3620 I 70 Dr Se Ste C
Columbia, MO 65201-6582

Merchants Assoc Cool D
134 S Tampa St
Tampa, FL 33602-5396

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

NAVIENT TRUST 2011-3 "On behalf of
MHEAC d/b/a ASA"
c/o Keith Coburn, MHEAC d/b/a ASA
100 Cambridge Street, Suite 1600
Boston, MA 02114-2518

Osceola County Tax Collector
Attn: Patsy Heffner
Post Office Box 422105
Kissimmee FL 34742-2105

Phelan Hallinan, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

Pnc Bank
Po Box 3180
Pittsburgh, PA 15230-3180

Pnc Bank, N.A.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CP Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Used Car Company
857 East Irlo Bronson Mem Hwy
St. Cloud, FL 34769-4712

Wf Crd Svc
3201 N 4th Ave
Sioux Falls, SD 57104-0700

A Clifton Black
126 East Jefferson Street
Orlando, FL 32801-1830

Elizabeth McCausland
Liz McCausland, PA
545 Delaney Avenue
Suite 7
Orlando, FL 32801-3866

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Pete Solorzano
1016 Tony Circle
Saint Cloud, FL 34772-7309

Tonya M Solorzano
1016 Tony Circle
Saint Cloud, FL 34772-7309

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410

(d)Bk Of Amer
Po Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Compasscc

(u)Freedomfin

End of Label Matrix
Mailable recipients    37
Bypassed recipients     2
Total                  39